UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

| | |
|---|---|
| THE BLU MARKET, INC., | : Civil Action No. |
| Plaintiff, | : |
| v. | : **RULE 7.1 STATEMENT** |
| GG OYUN BILISIM YAZILIM VE PAZARLAMA A.S., | : |
| Defendant. | : |

---------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Blu Market, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Respectfully submitted,

Dated: New York, New York
May 23, 2016

By: _____
Charles R. Macedo
cmacedo@arelaw.com

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for The Blue Market, Inc.
90 Park Avenue
New York, New York 10016
Tel. No.: (212) 336-8000
Fax No.: (212) 336-8001

632021.1